# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY LYNN SAYRE, | Case No. 1:20-cv-01138-SKO |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS AND STAYING CASE** |
| v. | |
| ANDREW M. SAUL, | (Doc. 2) |
| Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

## ORDER

Plaintiff Kimberly Lynn Sayre filed a complaint on August 14, 2020, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Docs. 1, 2.)  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's application to proceed *in forma pauperis* is GRANTED;

2.  The Clerk of Court is DIRECTED to issue a summons;

3.  The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff;

4.  The parties are hereby notified that, <u>after service of the complaint, this action is STAYED pursuant to General Order No. 615</u>, and there will be no scheduling order or deadlines in effect during the stay.  *See* E.D. Cal. G.O. 615.  The stay will be <u>automatically lifted when the defendant files the certified copy of the administrative record, with no further order of the Court</u>; and

1       5.      The Clerk is DIRECTED to issue the Consent/Decline forms only, in addition to the

2       summons and service-related documents.  Pursuant to General Order No. 615, no

3       other case documents will issue.

IT IS SO ORDERED.

Dated:  __**September 23, 2020**__            __/s/ *Sheila K. Oberto*__

                               UNITED STATES MAGISTRATE JUDGE