DOLLY M. TROMPETER
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 559-439-9700
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kimberly Lynn Sayre,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:20-cv-01138-SKO (SS)<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(Doc. 18) |

　　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from September 20, 2021 to October 20, 2021, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT .  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　　This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week.  Counsel requires additional time to brief the issues thoroughly

for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: September 10, 2021     PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Dolly M. Trompeter*
    DOLLY M. TROMPETER
    Attorneys for Plaintiff

Dated: September 10, 2021     PHILLIP A. TALBERT
    Acting United States Attorney
    DEBORAH LEE STACHEL
    Regional Chief Counsel, Region IX
    Social Security Administration

By:  *\*/s/ Mary Tsai*
    Mary Tsai
    Special Assistant United States Attorney
    Attorneys for Defendant
    (*As authorized by email on September 10, 2021)

## **ORDER**

Pursuant to the parties' above stipulation (Doc. 18), IT IS HEREBY ORDERED that Plaintiff shall have until October 20, 2021, to file her Motion for Summary Judgment.  All other dates in the Scheduling Order (Doc. 15) shall be extended accordingly.


IT IS SO ORDERED.

Dated:     **September 13, 2021**                    /s/ *Sheila K. Oberto*                    
                                                                                   UNITED STATES MAGISTRATE JUDGE