1  Phillip Talbert
   Acting United States Attorney
2  PETER K. THOMPSON (HI 5890)
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
4  MARY TSAI, CSBN 216963
   Special Assistant United States Attorney
5      160 Spear Street, Suite 800
       San Francisco, California 94105
6      Telephone: 510-970-4864
       Facsimile: (415) 744-0134
7      E-Mail: mary.tsai@ssa.gov
8  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| KIMBERLY LYNN SAYRE,<br><br>    Plaintiff,<br><br>v.<br>KILOLO KIJAKAZI,[1]<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:20-cv-01138-SKO<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME<br><br>(Doc. 25) |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Opening Brief be extended sixty (60) days from January 10, 2022, up to and including March 11, 2022. This is the parties' fourth stipulation for an extension of the Court's Scheduling Order, and Defendant's first extension.

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Defendant requests this extension in good faith.  In addition to the above-captioned matter, the undersigned attorney for Defendant (Counsel) is responsible for nearly 20 District Court cases, in a variety of stages, some of which require imminent briefing, as well as an appeal.  Specifically, Counsel has four briefs and other litigation deadlines due in less than a month.  Counsel has also recently contracted Covid-19, and will need time to recuperate.  Thus, with this unexpected medical leave, Counsel needs additional time to properly address the issues raised in the opening brief.  Additionally, Counsel is a relatively new attorney with the Office of the General Counsel, whose work is subject to additional, intensive internal review.  Thus, although Counsel has practiced due diligence in managing this workload, Counsel is unable to complete the brief before January 10, 2022.  Accordingly, the parties stipulate that the Court's Scheduling Order be modified.

Respectfully submitted,

Dated:  December 27, 2021            /s/  *Dolly Marlo Trompeter*\*
                                     DOLLY MARLO TROMPETER
                                     Attorney for Plaintiff
                                     \*as authorized via e-mail on December 27, 2021

Dated: December 27, 2021             Phillip Talbert
                                     Acting United States Attorney
                                     PETER K. THOMPSON (HI 5890)
                                     Acting Regional Chief Counsel, Region IX
                                     Social Security Administration

                            By:      /s/  *Mary Tsai*
                                     MARY TSAI
                                     Special Assistant U.S. Attorney

                                     Attorneys for Defendant

**ORDER**

Pursuant to the parties' above stipulation (Doc. 25), and for good cause shown,

IT IS HEREBY ORDERED that Defendant shall have an extension, up to and including March 11, 2022, to respond to Plaintiff's Opening Brief.  All other deadlines set forth in the Scheduling Order (Doc. 15) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **December 30, 2021**                    /s/ *Sheila K. Oberto*
                                                                           UNITED STATES MAGISTRATE JUDGE