1 | PHILLIP A. TALBERT
United States Attorney
2 | PETER K. THOMPSON (HI 5890)
Acting Regional Chief Counsel, Region IX
3 | Social Security Administration
MARY TSAI, CSBN 216963
4 | Special Assistant United States Attorney
    160 Spear Street, Suite 800
5 |     San Francisco, California 94105
    Telephone: (510) 970-4864
6 |     Facsimile: (415) 744-0134
    E-Mail: mary.tsai@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| KIMBERLY LYNN SAYRE,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 1:20-cv-01138-SKO<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER**<br><br>**(Doc. 27)** |

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.  On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision.  The Appeals Council will instruct the ALJ to take further action, as warranted, to complete the administrative record.

    The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the

STIPULATION TO REMAND; ORDER

1 | Commissioner.

Dated: March 9, 2022          /s/ Dolly Marlo Trompeter*
                                        DOLLY MARLO TROMPETER
                                        Attorney for Plaintiff
                                        *Authorized via e-mail on March 9, 2022

                                        PHILLIP A. TALBERT
                                        United States Attorney
                                        PETER K. THOMPSON
                                        Acting Regional Chief Counsel, Region IX
                                        Social Security Administration

                            By:    /s/ Mary Tsai
                                        MARY TSAI
                                        Special Assistant United States Attorney

                                        Attorneys for Defendant

**ORDER**

      Based upon the parties' foregoing Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation") (Doc. 27), and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Acting Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge for a new decision in accordance with the parties' Stipulation.

      The Clerk of Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner. The Clerk shall also administratively close this file.

IT IS SO ORDERED.

Dated:    **March 11, 2022**                        /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE